UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS' LOCAL NO. 60 PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICE AND TRAINING FUND, LEGAL SERVICES FUND, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> VAD CONSTRUCTION CORP., et al., <br><br> Defendants. | 25-CV-4436 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiffs are directed to file a memorandum of law in support of their motion for default judgment by September 16, 2025.

Dated: September 3, 2025
       New York, New York

SO ORDERED.

_Jessica Clarke_
JESSICA G. L. CLARKE
United States District Judge