UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS' LOCAL NO. 60 PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICE AND TRAINING FUND, LEGAL SERVICES FUND, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> VAD CONSTRUCTION CORP., a/k/a VAD CONTRUCTION CORP., and MIGUEL LEON, <br><br> Defendants. | 25-CV-4436 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On September 2, 2025, Plaintiffs filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2).[1] *See* ECF No. 16.

On December 8, 2025, the Court issued an Order to Show Cause ordering Defendants to respond in writing no later than December 22, 2025, as to why an order should not be issued granting a default judgment against Defendants. ECF No. 21. The Court warned that if Defendants failed to respond by that date, judgment may be entered against them. *Id*. Defendant VAD Construction Corp. ("VAD Construction") failed to file anything by that deadline. However, Defendant Miguel Leon appeared in this action and opposed Plaintiffs' motion for default judgment against him. ECF No. 23.

Plaintiffs are DIRECTED to reply to Defendant Leon's response to the Court's Order to Show Cause by no later than **January 21, 2026**. The Court has an interest in avoiding piecemeal litigation and potentially inconsistent judgments, particularly if Mr. Leon's alleged liability is

---

[1] Plaintiffs generally reference Federal Rules of Civil Procedure 54 and 55 in their motion. ECF No. 16. The Court understands that Rule 55(b)(2) is the relevant provision here.

tied to VAD Construction. As such, in their response, Plaintiffs shall indicate whether they withdraw their motion for default judgment in its entirety.

SO ORDERED.

Dated: January 5, 2026
       New York, New York

_____
JESSICA G. L. CLARKE
United States District Judge