# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE WESTCHESTER PUTNAM )
COUNTIES HEAVY & HIGHWAY LABORERS' LOCAL NO. )
60 PENSION FUND, WELFARE FUND, ANNUITY FUND, )
APPRENTICE AND TRAINING FUND, LEGAL SERVICES )
FUND, INDUSTRY ADVANCEMENT FUND, NEW YORK )    Index #25-4436 (JGLC)
STATE LABORERS EMPLOYERS COOPERATION AND )
EDUCATION TRUST FUND, LABORERS LOCAL 60 AND )
CONSTRUCTION INDUSTRY COUNCIL OF WESTCHESTER )    JUDGMENT BY CONSENT
AND HUDSON VALLEY, INC. JOINT INDUSTRY LABOR )
MANAGEMENT FUND, NEW YORK STATE HEALTH AND )
SAFETY FUND, POLITICAL ACTION FUND, AND THE )
WESTCHESTER PUTNAM COUNTIES HEAVY AND )
HIGHWAY LABORERS' LOCAL NO. 60, )
)
                Plaintiffs, )
)
-against- )
)
VAD CONSTRUCTION CORP. a/k/a VAD CONTRUCTION )
CORP., and MIGUEL LEON, Individually, )
)
                Defendants. )

This Stipulation of Judgment by Consent is being entered into between counsel for the Plaintiffs, Board of Trustees of the Westchester Putnam Counties Heavy & Highway Laborers' Local No. 60 Pension Fund, Welfare Fund, Annuity Fund, Apprentice and Training Fund, Legal Services Fund, Industry Advancement Fund, New York State Laborers Employers Cooperation and Education Trust Fund, Laborers Local 60 and Construction Industry Council of Westchester and Hudson Valley, Inc. Joint Industry Labor Management Fund, New York Health and Safety Fund, Political Action Fund, (hereinafter referred to as the "Funds") and the Westchester Putnam Counties Heavy and Highway Laborers' Local No. 60. (hereinafter referred to as the "Union") or (collectively referred to as "Plaintiffs") and the Defendant VAD Construction Corp. a/k/a VAD Contruction Corp. in the above entitled action.

It is hereby agreed by the Parties and to be "So Ordered" and entered by the Court that the Plaintiffs have Judgment against the defendant VAD Construction Corp. a/k/a VAD Contruction Corp. in the liquidated amount of Twenty Four Thousand Four Hundred Sixty Three Dollars and Thirty Nine Cents ($24,463.39), which includes principal contributions, interest, liquidated damages, attorneys' fees, and court costs, and the Clerk of the Court is directed to enter such judgment forthwith.

AGREED and CONSENTED this 14th day of January 2026

VAD Construction Corp. a/k/a VAD Contruction Corp

By: _____
Miguel Leon, President
777 Westchester Ave, Suite 101
White Plains, NY 10604

.Barnes, Iaccarino & Shepherd LLP

By: _____
Michele J. Harari, Esq.
258 Saw Mill River Road
Elmsford, New York 10523
mharari@bislawfirm.com
(914) 592-1515

SO ORDERED. The Clerk of Court is respectfully directed to terminate the default motion at ECF No. 16 and close the case.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge

Dated: January 20, 2026
New York, New York